# United States Court of Appeals for the Federal Circuit

February 29, 2013

**ERRATA**

Appeal No. 2011-1355, -1356, -1357, -1358, -1359

**RAYLON, LLC,**

**v.**

**COMPLUS DATA INNOVATIONS, INC.,**

Decided: December 7, 2012
Precedential Opinion

Please make the following changes:

Page 16, lines 33-34, change "the court must impose" to --the court may impose--.

Page 17, line 5, change "what sanctions to impose" to --what sanctions, if any, to impose--